WILLIAM E. HANNA, Appellant, v. AARON MEISLIN, Respondent.— We are of opinion that there was a question for the jury whether there

was a meeting of the minds of the parties on the question of cancellation, in that there was a question of fact whether Exhibit 2 had come to the knowledge of plaintiff when he wrote and mailed Exhibit A to the defendant. The judgment and order are, therefore, reversed and a new trial granted, costs to abide the event. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.